IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02790-AP

JOSEPH A. GHINI,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,
    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:

    Teresa H. Abbott
    3515 S. Tamarac, Suite 200
    Denver, CO 80237 303-757-5000
    303-689-9627 (facsimile)
    Abbott.teresa@gmail.com

    For Defendant:

    John F. Walsh
    United States Attorney
    J. Benedict García
    Assistant United States Attorney
    United States Attorney's Office District of Colorado
    J.B.Garcia@usdoj.gov

    Alexess D. Rea
    Special Assistant United States Attorney
    1961 Stout St., Ste. 4169
    Denver, Colorado 80294
    303-844-7101
    303-844-0770 (facsimile)
    Alexess.rea@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

      **A.**    **Date Complaint Was Filed:  10/11/2013**

      **B.**    **Date Complaint  Was Served on U.S. Attorney's Office:  10/28/2013**

      **C.**    **Date Answer and Administrative Record Were Filed: 01/21/2014**

**4.**    **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.**    **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties state that there are no other matters.

**8. BRIEFING SCHEDULE**

      **A.**    **Plaintiff's Opening Brief Due:  03/24/2014**

      **B.**    **Defendant's Response Brief Due:  04/23/2014**

      **C.**    **Plaintiff's Reply Brief (If Any) Due:  05/08/2014**

### 9. STATEMENTS REGARDING ORAL ARGUMENT

   A.   **Plaintiff's Statement:** Plaintiff does not request oral argument.

   B.   **Defendant's Statement:** Defendant does not request oral argument.

### 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice*.

   A.   ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

   B.   ( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

### 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 5th day of February, 2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

        John F. Walsh
        United States Attorney

s/ *Teresa Abbott*                         **By:** s/ *Alexess Rea*
Teresa H. Abbott #27192
Law Office of Teresa Abbott, P.C.
3515 S. Tamarac, Suite 200        Special Assistant U.S. Attorney
Denver, CO 80237                1961 Stout Street, Suite 4169
303-757-5000                     Denver, CO 80214
303-689-9627 (facsimile)          303-844-7101
Abbott.teresa@gmail.com          303-844-0770 (facsimile)
                                           Alexess.rea@ssa.gov

Attorney for Plaintiff                  Attorneys for Defendant