**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02790-REB

JOSEPH A. GHINI,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER AFFIRMING COMMISSIONER [Dkt. No. 31] of Judge Robert E. Blackburn entered on March 9, 2015.  It is

ORDERED that the decision of Commissioner of Social Security is AFFIRMED.

Dated at Denver, Colorado this 20th day of March, 2015.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

        By:  s/   K. Finney
                Kathleen Finney
                Deputy Clerk